**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Jessica L. Quinn-Cameron | No.  10-02472 |
| Debtor | Hon.  Pamela S. Hollis |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 15, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Ross T. Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Jessie Augustyn and Marilyn O. Marshall on April 15, 2015.

_____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Jessica L. Quinn-Cameron
1642 E 56th Street # 517
Chicago, IL 60637-1973

Marilyn O. Marshall
224 South Michigan
Chicago, IL 60604

Jessie Augustyn
Gleason & Gleason
77 W. Washington, Ste. 1218
Chicago, IL 60602